**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1554**

LA MONICA SAMUEL,

       Plaintiff - Appellant,

    v.

WILLIAMSBURG JAMES CITY COUNTY SCHOOL BOARD, by Denise W. Koch, Chairperson,

       Defendant - Appellee,

    and

WILLIAMSBURG JAMES CITY COUNTY PUBLIC SCHOOL, Jeffrey Smith, Assistant Superintendent; JAMESTOWN HIGH SCHOOL, Williamsburg James City County, Andrew Cypress, Principal, Robert Nilson, Director of Guidance, Diane Spearman, Counselor; LAFAYETTE HIGH SCHOOL, Williamsburg James City County, Dan Fields, Assistant Principal; COLONIAL UNISERVE BOARD, National Education Association, Jami Chapman, Director,

       Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Walter D. Kelley, District Judge. (4:04-cv-00050-WDK-FBS)

Submitted: September 11, 2008    Decided: September 15, 2008

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

La Monica Samuel, Appellant Pro Se. Samuel Lawrence Dumville, NORRIS, ST. CLAIR & LOTKIN, Virginia Beach, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

La Monica Samuel appeals the district court's order granting the Defendant's motion for summary judgment and denying relief in her civil action.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Samuel v. Williamsburg James City County Sch. Bd., No. 4:04-cv-00050-WDK-FBS (E.D. Va. Mar. 31, 2008).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3